UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-285-F

| | | |
|---|---|---|
| MICHAEL D. WHITE | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAPE FEAR PUBLIC | ) | |
| TRANSPORTATION AUTHORITY | ) | |
| d/b/a WAVE TRANSIT, | ) | |
| PROFESSIONAL TRANSIT | ) | |
| MANAGEMENT OF WILMINGTON, | ) | |
| INC., and FIRST TRANSIT INC. | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Set Aside Entry of Default [DE-19]. For good cause shown and for the reasons stated in the joint motion, the motion is ALLOWED and the Clerk's Entry of Default [DE-12] is hereby set aside. The Clerk of Court is DIRECTED to enter a notation on the docket sheet that the Entry of Default [DE-12] is set aside.

SO ORDERED.

This the 28 day of May, 2013

JAMES C. FOX
Senior United States District Judge